UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARTIN J. HENS, et al.,

                Plaintiffs

v.                                                      **ORDER**
                                                      05-CV-381S

CLIENTLOGIC OPERATING CORPORATION,

                Defendants.

On January 9, 2009, the parties appeared before this Court for a status conference. At the status conference, the parties submitted proposed scheduling Orders. This Court accepted the submissions and indicated that it would craft and issue a scheduling Order.

IT HEREBY IS ORDERED, that the schedule is as follows:

| | |
|---|---|
| August 31, 2009: | Non-expert class certification discovery deadline. |
| October 31, 2009: | Plaintiffs' expert witness deadline (includes reports) |
| December 31, 2009: | Defendants' expert witness deadline (includes reports) |
| January 31, 2010: | Plaintiffs' expert witness rebuttal (includes reports) |
| March 1, 2010: | Class certification motion deadline |
| Discovery deadline: | 90 days after class certification motion decision |
| Dispositive motion deadline: | 60 days after discovery deadline: |

SO ORDERED.

Dated:  January 31, 2009
          Buffalo, New York

                                                    /s/William M. Skretny
                                                    WILLIAM M. SKRETNY
                                                   United States District Judge