UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARTIN J. HENS, PAUL VAN VOORHEES, DAWNE DOMAGALA, JENNIFER VITELLO, DANIEL MILLER, AND PAUL PRINCE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

PLAINTIFFS,

V.

CLIENTLOGIC OPERATING CORPORATION,

DEFENDANT.

NOTICE OF JOINT MOTION FOR PROTECTIVE ORDER AND/OR TO SEAL SETTLEMENT AGREEMENT

CIVIL ACTION NO.:
05-CV-00381S(SR)

---

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Amy L. Hemenway, Esq., the Declaration of George A. Hanson, Esq., and the accompanying Memorandum of Law, Plaintiffs Martin J. Hens, Paul Van Voorhees, Dawne Domagala, Jennifer Vitello, Daniel Miller, and Paul Prince, individually and on behalf of all others similarly situated, and Defendant ClientLogic Operating Corporation, by and through their respective counsel, will jointly move this Court, Honorable William M. Skretny, at Part IV, 5th Floor, 68 Court Street, Buffalo, New York, on a date and time to be determined by the Court, for a protective order pursuant to Federal Rule of Civil Procedure 26(c)(1)(H) permitting the parties to submit the Settlement Agreement and Release of Claims *in camera* for approval or, alternatively, directing that the Settlement Agreement and Release of Claims be filed under seal. The parties also request an order directing that any references to the settlement generated as part of the public record, other than general references to the fact that this matter has settled, also be filed and maintained under seal.

Oral argument is requested at the Court's discretion and request.

146774_4

| | |
|---|---|
| Dated: Kansas City, Missouri<br>March 29, 2010 | Dated: Buffalo, New York<br>March 29, 2010 |
| **STUEVE SIEGEL HANSON LLP** | **HARTER SECREST & EMERY LLP** |
| By: /s/ George A. Hanson<br>George A. Hanson, Esq.<br>*Attorneys for Plaintiff*<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7115<br>Email: hanson@stuevesiegel.com | By: /s/ Amy L. Hemenway<br>Robert C. Weissflach, Esq.<br>Amy L. Hemenway, Esq.<br>*Attorneys for Defendant*<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, New York 14202-2293<br>Telephone: (716) 853-1616<br>Email: rweissflach@hselaw.com<br>Email: ahemenway@hselaw.com |

**OUTTEN & GOLDEN, LLP**

Justin M. Swartz, Esq.
*Attorneys for Plaintiff*
Three Park Avenue, 29th Floor
New York, New York 10016
Tel: (212) 245-1000
Email: jms@outtengolden.com