UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARTIN J. HENS, PAUL VAN VOORHEES, DAWNE DOMAGALA, JENNIFER VITELLO, DANIEL MILLER, AND PAUL PRINCE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> CLIENTLOGIC OPERATING CORPORATION, <br><br> DEFENDANT. | STIPULATED ORDER AMENDING SETTLEMENT AGREEMENT <br><br> CIVIL ACTION NO.: 05-CV-0381S(SR) |

---

WHEREAS, Plaintiffs Martin J. Hens, Paul Van Voorhees, Dawne Domagala, Jennifer Vitello, Daniel Miller, and Paul Prince, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant ClientLogic Operating Corporation ("Defendant"), are parties to a Settlement Agreement and Release of Claims ("Settlement Agreement") signed by the parties on March 29, 2010;

WHEREAS, the Settlement Agreement was approved by the Court by Order filed December 21, 2010 (Dkt. 495);

WHEREAS, under the terms and conditions of the Settlement Agreement as approved by the Court, the Effective Date of the Settlement Agreement is December 21, 2010, which results in certain actions needing to be completed by the parties during the year end holiday season;

WHEREAS, Section 14.11 of the Settlement Agreement allows the parties to modify the Settlement Agreement, subject to the Court's approval; and

WHEREAS, the parties wish to modify the Settlement Agreement as set forth herein;

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel and subject to Court approval:

1.  Section 1.6 of the Settlement Agreement shall be amended and restated in its entirety as follows:

>  1.6   **Effective Date**.  The Effective Date of this Agreement shall be January 3, 2011.

| | |
|---|---|
| Dated: Kansas City, Missouri<br>December 22, 2010 | Dated: Buffalo, New York<br>December 22, 2010 |
| **STUEVE SIEGEL HANSON LLP** | **HARTER SECREST & EMERY LLP** |
| By: /s/ George A. Hanson<br>George A. Hanson, Esq.<br>*Attorneys for Plaintiff*<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone:  (816) 714-7115<br>Email:  hanson@stuevesiegel.com | By: /s/ Amy L. Hemenway<br>Robert C. Weissflach, Esq.<br>Amy L. Hemenway, Esq.<br>*Attorneys for Defendant*<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, New York 14202-2293<br>Telephone:  (716) 853-1616<br>Email:  rweissflach@hselaw.com<br>Email: ahemenway@hselaw.com |
| **OUTTEN & GOLDEN, LLP**<br><br>Justin M. Swartz, Esq.<br>*Attorneys for Plaintiff*<br>Three Park Avenue, 29th Floor<br>New York, New York 10016<br>Tel:  (212) 245-1000<br>Email:  jms@outtengolden.com | . |

SO ORDERED:

**Dated: _____, 2010**            _____
                                                                            **Hon. William K. Skretny**
                                                                            **United States District Judge**